IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR L. JOHNSON,
      Plaintiff,

vs.                                Case No.: 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
      Defendants.
_____/

# O R D E R

      This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 and a motion to proceed in forma pauperis (Docs. 1, 3).

      Plaintiff's application to proceed in forma pauperis shall be denied, without prejudice, as it is incomplete.  A prisoner seeking to bring a civil action without prepayment of the filing fee must submit a certified copy of the trust fund account statement for his inmate account for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  In this case, as the complaint was filed October 23, 2008 (*see* Doc. 1 at 1), the period involved is from April 23, 2008 through October 23, 2008.  Although Plaintiff submitted a printout from his inmate account, the printout shows the activity in his account from July 2007 through May 5, 2008 (*see* Doc. 3).  Plaintiff is advised that he must provide the court with an inmate account statement that includes the transactions from April 23, 2008 through October 23, 2008.  Furthermore, the Prisoner Consent Form and Financial Certificate submitted by Plaintiff was not signed by an authorized prison official.  Before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments.  No further action will occur in this case until the matter of the filing fee is resolved.

Accordingly, it is **ORDERED**:

1.      Plaintiff's application to proceed in forma pauperis (Doc. 3) is **DENIED** without prejudice.

2.      The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

3.      Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis.

4.      Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 4th day of November 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**