FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR L. JOHNSON

      vs                                  Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

## ORDER

Plaintiff's **copy of the Notice to Pro Se Litigant mailed to Plaintiff by the court on October 29, 2008 (Doc. 4), with Plaintiff's comments written on it**, was referred to the undersigned with the following deficiency:

> The document is not in proper form. Each document filed with the court should have a title. The title of the document shall include a clear, concise and specific description of the document being filed and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the document shall set forth the relief or order sought and the reasons for the request. *See* Fed. R. Civ. P. 7(b).

> All documents tendered for filing must be on plain white paper. N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 14th day of November 2008.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**