FLN (Rev. 4/2004) Deficiency Order                                                                              Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR L. JOHNSON

      vs                                                                Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

---

## ORDER

Plaintiff's document titled **"MALPRACTICE" with attachments, received by the clerk of court on December 12, 2008**, was referred to the undersigned with the following deficiency:

> The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). <u>For example, if Plaintiff desires additional time to comply with a court order, he should file a Motion for Extension of Time, including the basis for his request and the amount of additional time sought</u>.

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document and attachments shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiency is corrected.

**DONE AND ORDERED** this <u>16</u>th day of December 2008.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**