IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR L. JOHNSON,
    Plaintiff,

vs.                                   Case No.:  5:08cv324/RS/EMT

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
    _____/

**O R D E R**

    This cause is before the court upon referral from the clerk.  Plaintiff initiated this action on October 23, 2008, by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  On November 25, 2008, the court issued an order requiring Plaintiff to pay an initial partial filing fee of $8.50 by December 26, 2008 (Doc. 11).  Plaintiff failed to comply with the order; therefore, on January 5, 2009, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 14).  The time for compliance with the show cause order elapsed; therefore, on January 28, 2009, the undersigned issued a Report and Recommendation recommending dismissal of this case for Plaintiff's failure to comply with an order of the court (Doc. 15).  After the Report and Recommendation was issued, the clerk received initial partial filing fees of $13.00 and $5.00 on February 5, 2009, and February 17, 2009, respectively (*see* Docs. 16, 17).  In light of the fact that Plaintiff has now paid the initial partial filing fee, and even though the payment was late, the undersigned concludes that the Report and Recommendation (Doc. 15) should be vacated.

    The court notes, however, that Plaintiff failed to submit his complaint on the court-approved form (*see* Doc. 1).  Rule 5.1(J) of the Local Rules for the Northern District of Florida provides that pro se civil rights complaints shall not be considered by the court unless all pages on the appropriate

form have been properly completed and filed by the litigant.  Therefore, Plaintiff must file an amended complaint.

To amend his complaint, Plaintiff must completely fill out a new civil rights complaint form, marking it "**Amended Complaint**."  Plaintiff must limit his allegations to claims related to the same basic incident or issue and name as Defendants only those persons who are responsible for the alleged constitutional violations.  Plaintiff must place their names in the style of the case on the first page of the civil rights complaint form, and include their addresses and employment positions in the "Parties" section of the form.  In the statement of facts, Plaintiff should clearly describe how each named Defendant is involved in each alleged constitutional violation, alleging the claims as to each Defendant in separately numbered paragraphs and including specific dates and times of the alleged unconstitutional acts.  If Plaintiff cannot state exactly how a particular Defendant harmed him, he should delete or drop that person as a Defendant from his complaint.  Plaintiff's request for relief should be limited to only that which he could recover if he succeeds on his claims.  Plaintiff is advised that once an amended complaint is filed, all earlier complaints and filings are disregarded.  Local Rule 15.1, Northern District of Florida.  Plaintiff should not file copies of his amended complaint until ordered to do so by the court.

Accordingly, it is **ORDERED** that:

1.   The Report and Recommendation, issued January 28, 2009 (Doc. 15), is hereby **VACATED**.

2.   The clerk of court is directed to forward to Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983.  This case number should be written on the form.

3.   Within **THIRTY (30) DAYS** of the date of docketing of this order, Plaintiff shall file an amended civil rights complaint, which shall be typed or clearly written, submitted on the court form, and marked "Amended Complaint."  Plaintiff's failure to comply with this order may result in dismissal of this action.

**DONE AND ORDERED** this 24th day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 5:08cv324/RS/EMT