# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR L. JOHNSON

   vs  Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

_____

## ORDER

Plaintiff's document **"DECLARATION" and attachments thereto, received by the clerk of the court on June 4, 2009**, were referred to the undersigned with the following deficiencies:

  The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b).

  The document does not have a proper signature block. The address, e-mail address, and telephone number of the party filing the document must be included with the original signature. *See* Fed. R. Civ. P. 11(a).

  The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

For these reasons, it is **ORDERED** that:

  The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

FLN (Rev. 4/2004) Deficiency Order                                                                                                Page 2 of 2

**DONE and ORDERED** this 10th day of June 2009.

                                           /s/ *Elizabeth M. Timothy*
                                           **ELIZABETH M. TIMOTHY**
                                           **UNITED STATES MAGISTRATE JUDGE**

Case No. 5:08cv324/RS/EMT