FLN (Rev. 4/2004) Deficiency Order                                                                                          Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR L. JOHNSON

    vs                                                    Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

---

## ORDER

Plaintiff's document titled **"AMENDED CIVIL RIGHTS FORM: 42 U.S.C. § 1983/AMENDED PLEADING, AMENDED COMPLAINT: 42 U.S.C. § 1983," received by the clerk of the court on June 8, 2009**, was referred to the undersigned with the following deficiencies:

> Plaintiff failed to file a motion for leave to file an amended complaint as required by Fed. R. Civ. P. 15(a)(2). *See also* N.D. Fla. Loc. R. 15.1 (providing that a proposed amended pleading must be filed and docketed separately from the motion for leave to amend).

> Plaintiff failed to use the court-approved form for filing a civil rights complaint. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration a complaint under section 1983 unless the appropriate complaint form is completed.

For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.

> The clerk of court is directed to forward to Plaintiff a civil rights complaint form for use by prisoners in actions under 42 U.S.C. § 1983.

**DONE and ORDERED** this 10th day of June 2009.

                                            /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**