**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


VICTOR L. JOHNSON
             Plaintiff,

                                                                    Case No. 5:08cv324/RS/EMT

      vs

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
             Defendants.
_____/

**ORDER**

Plaintiff's **"Motion For Leave To File An Amended Motion: Order Notice of Inquiry," received by the clerk of the court on September 15, 2009**, was referred to the undersigned with the following deficiencies:

> The first page of the document does not have a bottom margin of at least two (2) inches as required by Rule 5.1(B)(3) of the Local Rules of the Northern District of Florida. Each subsequent page must have a margin of approximately one and one-fourth (1 1/4) inch.

> The document is not in proper form. The title of Plaintiff's motion does not include a clear, concise and specific description of the request made in the motion. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2).


For these reasons, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

To the extent Plaintiff inquires as to the status of his case, he is advised that, pursuant to 28 U.S.C. § 1915A, the court will review his Second Amended Complaint (Doc. 32), filed August 13, 2009, as expeditiously as possible.  Plaintiff will be informed when the court has completed its review.

**DONE AND ORDERED** this 22<u>nd</u> day of September 2009.

 /s/ *Elizabeth M. Timothy*
**ELIZABETH  M.  TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**