**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

VICTOR L. JOHNSON

    vs	Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

---

**ORDER**

Plaintiff's document titled **"ORDER: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT PLEADING: ADDING DEFENDANTS" (received by the clerk of the court on October 6, 2009)**, was referred to the undersigned with the following deficiencies:

> **NO SEPARATE MOTION SUBMITTED FOR LEAVE OF COURT TO AMEND THE COMPLAINT.** Plaintiff may amend the complaint only by leave of court. *See* Fed. R. Civ. P. 15(a). Accordingly, Plaintiff must file as a **separate** document a motion for leave of court to amend the complaint. <u>The proposed amended complaint, in its entirety, shall accompany the motion</u>. *See* N.D. Fla. Loc. R. 15.1.
>
> **MOTION IMPROPERLY TITLED.** The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). Thus the title of a motion to amend the complaint should state "Plaintiff's Motion to Amend the Complaint." The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b).
>
> **NO MEMORANDUM SUBMITTED IN SUPPORT OF MOTION.** The motion to amend the complaint must be accompanied by a short memorandum explaining why the relief sought should be granted. *See* N.D. Fla. Loc. R. 7.1(A).

For these reasons, it is **ORDERED** that:

      The submitted hard copy of the document shall be returned to Plaintiff by the clerk without electronic filing. Plaintiff may move to amend his complaint by filing documents that correct the above-noted deficiencies.

**DONE AND ORDERED** this 8th day of October 2009.

        /s/ *Elizabeth M. Timothy*
      **ELIZABETH M. TIMOTHY**
      **UNITED STATES MAGISTRATE JUDGE**