**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

VICTOR L. JOHNSON

vs Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, et al.

---

**ORDER**

Plaintiff's documents, titled **"ORDER: MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT" and "ORDER: PLAINTIFF(S) [sic] MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT," received by the clerk of the court on November 4, 2009**, were referred to the undersigned with the following deficiencies:

Motion to Amend the Complaint: Motions should be titled with a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). Thus, the title of a motion to amend the complaint should state "Plaintiff's Motion to Amend the Complaint," with no reference to an "order." The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). **The motion to amend should not be written on a complaint form; rather, the motion should be prepared on plain (or lined) white paper.**

Memorandum in Support of the Motion to Amend: The motion to amend the complaint must be accompanied by a short memorandum explaining why the relief sought should be granted. *See* N.D. Fla. Loc. R. 7.1(A). **The memorandum in support should not be written on a complaint form; rather, the memorandum should be prepared on plain (or lined) white paper.**

Proposed Amended Complaint: The proposed amended complaint should accompany the motion and memorandum. No additional title is required or should be added on the complaint form by Plaintiff.

For these reasons, it is **ORDERED** that:

The submitted hard copies of the documents shall be returned to Plaintiff by the clerk without electronic filing. Plaintiff may move to amend his complaint by filing documents that correct the above-noted deficiencies.

The clerk shall forward to Plaintiff a copy of the complaint form to be used in cases filed pursuant to 42 U.S.C. § 1983 by prisoners. Plaintiff should use this form in preparing and submitting his proposed amended complaint.

**DONE AND ORDERED** this 17th day of November 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**