# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VICTOR L. JOHNSON

      vs                    Case No. 5:08cv324/RS/EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, et al.

## ORDER

Plaintiff's **PROCESS RECEIPT AND RETURN, FORM USM-285, with attached Certificate of Service (received by the clerk of the court on February 17, 2010)**, was referred to the undersigned with the following deficiency:

> The court has not yet reviewed Plaintiff's third amended complaint (Doc. 52, filed November 30, 2009), as required by 28 U.S.C. § 1915A, to determine whether the complaint contains cognizable claims or should be dismissed in part or whole, much less directed service on Defendants. Plaintiff's attempt to serve the third amended complaint therefore is ineffective.

For this reason, it is **ORDERED** that:

> The submitted hard copy of the document shall be returned to Plaintiff by the clerk without electronic filing.

**DONE AND ORDERED** this 22nd day of February 2010.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**