**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


VICTOR L. JOHNSON,

       Plaintiff,

vs.                         CASE NO. 5:08cv324/RS-EMT

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS; WALTER A. McNEIL,
Secretary of Florida Department of Corrections;
CHARLIE CRIST, Governor; PAUL C.
DECKER; NORMA B. GILO; P. SEXTON;
and PRISON HEALTH SERVICES, INC.,

       Defendants.
_____/

## <u>ORDER</u>

      Before me are the Magistrate Judge's Order (Doc. 75) and Plaintiff's Motion For Leave Of Court To Comply With Attached Notice Of Appeal (Doc. 80), which shall be construed as objections to the Magistrate Judge's Order.

      **IT IS ORDERED** that Plaintiff's Motion For Leave Of Court To File Attached Notice Of Appeal (Doc. 80) is denied because it has not been shown that the Magistrate Judge's Order is clearly erroneous or contrary to law.


      **ORDERED** on June 30, 2010.


                      /S/ Richard Smoak_____
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**