IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR L. JOHNSON,

    Plaintiff,

vs.    CASE NO. 5:08cv324/RS-EMT

STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS; WALTER A. McNEIL,
Secretary of Department of Corrections;
CHARLIE CRIST, Governor; PAUL C.
DECKER; NORMA B. GILO; P. SEXTON;
and PRISON HEALTH SERVICES, INC.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 89). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

**ORDERED** on November 4, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**