UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VICTOR L JOHNSON

VS                                            CASE NO. 5:08cv324 RS/EMT

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS, WALTER A
MCNEIL, CHARLIE CRIST, PAUL C
DECKER, NORMA B GILO, P SEXTON,
PRISON HEALTH SERVICES INC

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

SHEILA HURST-RAYBORN
ACTING CLERK OF COURT

s/Susan Anderson

November 4, 2010
DATE                               Deputy Clerk: Susan Anderson